NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE NAREN CHAGANTI

---

2011-1344
(Serial No. 09/307,752)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## O R D E R

Naren Chaganti moves for a 60-day extension of time, until August 22, 2011, to file the opening brief.

The court notes that Chaganti's appeal was dismissed on June 7, 2011 for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the case will be reinstated, if Chaganti files a completed informal brief (form enclosed) within 30 days of the date of filing of this order.

FOR THE COURT

JUL 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Naren Chaganti (Informal Brief Form Enclosed)
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK